UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MALIBU MEDIA, LLC,**
    **Plaintiff,**

   v.                                                           Case No. 13-C-1231

**JOHN DOE subscriber assigned IP address 65.30.60.26,**
    **Defendant.**

---

## ORDER

    **IT IS ORDERED** that plaintiff's motion for leave to serve a third-party subpoena prior to a Rule 26(f) conference is **GRANTED** to the extent that plaintiff has permission serve a subpoena on the defendant's Internet service provider for the purpose of identifying the name and address of the defendant.

    Dated at Milwaukee, Wisconsin, this 22nd day of November 2013.

                                                             s/ Lynn Adelman

                                                             LYNN ADELMAN
                                                             District Judge