IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                      Civil Action No. 2:13-cv-01231-LA

JOHN DOE, subscriber assigned IP address 65.30.60.26,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 65.30.60.26. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 3, 2014                    Respectfully submitted,

                                              By:    /s/ *Mary K. Schulz*
                                              Mary K. Schulz
                                              Schulz Law, P.C.
                                              1144 E. State Street, Suite A260
                                              Geneva, IL 60134
                                              Phone: 224-535-9510
                                              Email: SchulzLaw@me.com
                                              *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Mary K. Schulz*_____
Mary K. Schulz
